# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **N-E-M-B**, an adult,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>**LAURA HERMOSILLO**,[1] Seattle Field Office Director, Immigration and Customs Enforcement and Removal Operations; **TODD LYONS**, Acting Director of Immigration and Customs Enforcement; **U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; KRISTI NOEM**, Secretary of the Department of Homeland Security; **U.S. DEPARTMENT OF HOMELAND SECURITY**; and **PAMELA BONDI**, Attorney General of the United States,<br><br>　　　　Respondents. | Case No. 3:25-cv-989-SI<br><br>Agency No. AXXX-XXX-099<br><br>**JUDGMENT** |

Based on the Court's OPINION AND ORDER dated December 9, 2025,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is GRANTED and this case is DISMISSED. The Court retains jurisdiction to enforce its previous Orders.

DATED this 26th day of January, 2026.

　　　　　　　　　　　　　　　　　/s/ *Michael H. Simon*
　　　　　　　　　　　　　　　　　Michael H. Simon
　　　　　　　　　　　　　　　　　United States District Judge

---

[1] The Court substitutes Cammilla Wamsley in place of Drew Bostock under Rule 25(d) of the Federal Rules of Civil Procedure.

PAGE 1 – JUDGMENT